**JARED WALTERS**
Chapter 7 Trustee
PO Box 804
Eagle, CO 81631
970-456-3395

November 3, 2023

US Bankruptcy Court
Clerk of Court

      Re:    Bankruptcy of LONG, RALPH DOUGLAS
               U.S. Bankruptcy Court for the District of Colorado Case No. 23-10010 MER

Dear Clerk:

      Contemporaneously herewith, I am submitting payment via ACH in the amount of $14,124.19 as "unclaimed funds" in this case. Consistent with the Trustee's Final Report filed at Docket No. 47, these funds were originally made payable to the Debtor, Ralph Douglas Long, as a surplus distribution pursuant to 11 U.S.C. § 726(a)(6). According to the Suggestion of Death filed by Debtor's counsel at Docket No. 46, the Debtor passed away on some unknown date. The Trustee has searched the Colorado Courts E-Filing system and has not encountered a probate case for the Debtor. Counsel for one of the Debtor's alleged heirs contacted me on August 22, 2023 and asked that one-half of the Debtor's surplus distribution be made payable to that heir. Based on the plain language of 11 U.S.C. § 726(a)(6), I suggested to the requesting counsel that he file a motion requesting distribution to the heirs. To date, no such motion or request has been filed.

      Based on the above, I mailed a check for the Debtor's surplus funds distribution to the address of record for the Debtor. The United States Postal Service returned the payment to me marked "Return to Sender Not Deliverable as Addressed Unable to Forward." I am therefore submitting these funds as "unclaimed funds."

                                              Sincerely,

                                              /s/ Jared Walters